# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

159443 & (15)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

MARCUS WAYNE MARTIN, JR.,
            Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159443
COA: 347375
Wayne CC: 18-006163-FC

_____/

On order of the Court, the application for leave to appeal the March 4, 2019 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address the defendant's claim that he received erroneous advice about the applicability of consecutive sentencing from both trial counsel and the trial court.

The application for leave to appeal and motion to remand remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



t0918

Clerk